[No. 15396-0-I.   Division One.   October 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENN
ALVIN FREDRICK, *Defendant,* DALEAN MONIQUE
DOOLAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00741-5, Charles V. Johnson, J., entered
September 18, 1984. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Swanson and Webster, JJ. Now
published at 45 Wn. App. 916.

[No. 14843-5-I.   Division One.   October 20, 1986.]

ANACORTES FIDALGO BAY MARINA, INC., *Appellant,* v.
DONALD MOOS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 84-2-00009-3, Walter J. Deierlein, Jr., J.,
entered May 29, 1984. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Swanson and Webster, JJ.

[No. 15254-8-I.   Division One.   July 21, 1986.]

*In the Matter of the Marriage of* SWANI J.
SORIANO, *Respondent, and* MILTON H.
SORIANO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-3-04494-0, Francis E. Holman, J., entered
August 9, 1984. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Swanson and Coleman, JJ.